**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **NATIONAL LANDCARE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO.  1:03-cv-2001-SEB/VSS** |
| | ) | |
| **ACCOR ECONOMY LODGING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ENTRY ON MOTION TO COMPEL**

This cause is before the magistrate judge on the defendant's motion to compel and the

plaintiff's response thereto.  The defendant has not filed a reply in support of its motion, and the

time for doing so has expired.  The magistrate judge, being duly advised, **GRANTS** the

defendant's motion for the reasons set forth below.

The defendant's motion arises out of the plaintiff's response to the defendant's document

requests, which reads, as to each request,

> Plaintiff objects to this request on the grounds that it requests items covered by
> the attorney client and work product privilege.  Without waiving said objection
> these documents were previously produced to counsel for the Defendant at the
> offices of Auger & Auger.  Plaintiff reserves the right to supplement this
> response.

The plaintiff apparently misunderstands its obligations under Federal Rule of Civil Procedure

34(b).  First, it is not sufficient that responsive documents previously were made available to

counsel, as Rule 34(b) provides:  "A party who produces documents for inspection shall produce

them as they are kept in the usual course of business or shall organize and label them to

correspond with the categories in the request."  There is no indication that the boxes of

documents that the defendant previously was permitted to inspect were produced as they were

kept in the ordinary course of business; therefore, the plaintiff is obligated to inform the defendant which document(s)–whether or not previously produced for inspection–are responsive to each of the defendant's document requests.

In addition, the plaintiff's general claim of privilege is insufficient.  If the plaintiff is withholding any responsive documents as privileged, it must produce a privilege log that lists each such document, gives a brief description of the document (including date, author, recipient(s), and general content), and explains the basis for the privilege assertion.

The plaintiff shall supplement its response to defendant's document requests to comply with its obligations as set forth above **within 15 days of the date of this Entry**.

SO ORDERED:  06/27/2005

V. Sue Shields
_____
V. Sue Shields, Magistrate Judge

Copies to:

Harold Abrahamson
ABRAHAMSON REED & BILSE
aralawfirm@aol.com

Jennifer Auger
AUGER & AUGER
j.auger@insightbb.com


Michael R. Auger
AUGER & AUGER
mikeauger@insightbb.com

2